AO 93 (Rev. 11/13) Search and Seizure Warrant (page 2)

# Return

| Case No.: 4:21 MJ 7151 SPM | Date and time warrant executed: 04-23-2021  1:44 p.m. | Copy of warrant and inventory left with: USPIS |
|---|---|---|

Inventory made in the presence of:

Inspector Wayne House

Inventory of the property taken and name of any person(s) seized:

Parcel 9505 5134 7612 1110 6879 09

Packaging material - coat

$3540 in U.S. currency

On  04/23/21 , this warrant return was submitted by reliable electronic means to the undersigned U.S. Magistrate Judge who signed and issued it in the referenced case. By reliable electronic means, this returned warrant is forwarded to the Clerk of Court for filing, with a copy to the officer who returned it.

*Shirley P. Mensah* (signature)
**SHIRLEY P. MENSAH**
**U.S. MAGISTRATE JUDGE**
  04  /  26  /  21

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  04/23/2021

_____
Executing officer's signature

Mason McNail TFO
Printed name and title